| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:19-cv-06596-AMD-VMS |

| |
|---|
| Nora Chau, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| - against - |
| Trader Joe's East Inc., |
| Defendant |

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   October 23, 2020

                        Respectfully submitted,

                        Sheehan & Associates, P.C.

                        /s/Spencer Sheehan
                        Spencer Sheehan
                        60 Cuttermill Rd Ste 409
                        Great Neck NY 11021-3104
                        Tel: (516) 268-7080
                        Fax: (516) 234-7800
                        spencer@spencersheehan.com
                        E.D.N.Y. # SS-8533
                        S.D.N.Y. # SS-2056

1:19-cv-06596-AMD-VMS
United States District Court
Eastern District of New York

Nora Chau, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Trader Joe's East Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: October 23, 2020

                                                                        /s/ Spencer Sheehan
                                                                          Spencer Sheehan

Certificate of Service

I certify that on October 23, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan